UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANOUPHONE HOY SABANDITH, # 253952, | ) ) ) | |
| Petitioner, | ) ) | Case No. 1:04-cv-402 |
| v. | ) ) | Honorable Robert Holmes Bell |
| DAVID GUNDY, | ) ) | **JUDGMENT** |
| Respondent. | ) ) | |

In accordance with the memorandum opinion filed this date:

IT IS ORDERED that petitioner's objections to the magistrate judge's report and recommendation (docket # 34) are overruled, the report and recommendation (docket # 33) is ADOPTED as the court's opinion, and the petition for habeas corpus relief be is hereby DENIED.

Date:   November 2, 2005         /s/ Robert Holmes Bell
                                 ROBERT HOLMES BELL
                                 CHIEF UNITED STATES DISTRICT JUDGE